**LEWIS BRISBOIS BISGAARD & SMITH LLP**
MATTHEW D. KLEIFIELD, SB #011564
Matthew.Kleifield@lewisbrisbois.com
ROBERT C. ASHLEY, SB #22335
Robert.Ashley@lewisbrisbois.com
J. WILLIAM VANDEHEI, SB #035832
William.VanDehei@lewisbrisbois.com
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051

Attorneys for Defendant Mercedes-Benz USA, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA, PHOENIX

| | |
|---|---|
| Zakia Jackline Rajabian, a married woman, and Dulceria La Bonita Wholesale, LLC, an Arizona corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>Mercedes-Benz USA, LLC, a New York limited liability company; Phoenix Motor Company, Inc. d/b/a Mercedes-Benz of Scottsdale, an Arizona corporation; Vern Foutz, a married man; Jane Doe Foutz, a married woman; Jeff Nowak, a married man; Jane Doe Nowak, a married woman; Gus Gonzales, a married man; Jane Doe Gonzales, a married woman; Lionheart Security International Consulting, LLC, an Arizona limited liability company; Gerald Scheibly, a married man; Jane Doe Scheibly, a married woman,<br><br>Defendants. | Case No. 2:23-cv-00168-MTL<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>Honorable Michael T. Liburdi |

91105786.2

This Corporate Disclosure Statement is filed on behalf of Defendant Mercedes-Benz USA, LLC, in compliance with the provisions of:

[ X ]_ Federal Rule of Civil Procedure 7.1(a)(2), a non-governmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

[ ]_ Federal Rule of Criminal Procedure 12.4(a)(1), any non-governmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock and states that there is no such corporation.

[ ]_ Federal Rule of Criminal Procedure 12.4(a)(2), if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

The filing party hereby declares as follows:

[ ]_ No such corporation.

[ ]_ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____ Relationship _____

[ ]_ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of the financial interest. (Attach additional pages if needed.)*

_____ Relationship _____

[ X ]_ Other (please explain)

_____ Relationship _____

**Mercedes-Benz USA, LLC, is a wholly owned subsidiary of Mercedes-Benz North America Corporation. Mercedes-Benz USA, LLC, is not owned by any publicly-held corporation owning 10% or more of its stock.**

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

/ / /

/ / /

91105786.2                                    2

1  DATED this 3rd day of March, 2023.

2                                              LEWIS BRISBOIS BISGAARD & SMITH LLP

5                            By:      */s/ Matthew D. Kleifield*
6                                     Matthew D. Kleifield
                                      Robert C. Ashley
7                                     J. William VanDehei
                                      Attorneys for Defendant Mercedes-
8                                     Benz USA, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2023, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael A. Schern, Esq.
Michael Robert Somers, Esq.
Jennifer Putnam Ooms, Esq.
SCHERN RICHARDSON FINTER, PLC
1640 S. Stapley Drive, Ste. 132
Mesa, Arizona  85204
courtdocs@srflawfirm.com
mike@srflawfirm.com
rob@srflawfirm.com
jen@srflawfirm.com
*Attorneys for Plaintiffs*

/s/ Holly Bornhoft