# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Zakia Jackline Rajabian, et al., | No. CV-23-00168-PHX-MTL |
| Plaintiffs, | **ORDER** |
| v. | |
| Mercedes-Benz USA LLC, et al., | |
| Defendants. | |

The Court has considered Plaintiff's Motion to Lift Stay and the opposition thereto.

**IT IS ORDERED** that the Motion (Doc. 86) is **denied**.

Dated this 30th day of April, 2024.

Michael T. Liburdi
United States District Judge