SCHERN RICHARDSON FINTER
Michael A. Schern #022996
Aaron M. Finter #022437
Michael Robert Somers #017501
1640 S. Stapley Drive, Suite 132
Mesa, Arizona 85204
Email: courtdocs@srflawfirm.com
Tel: (480) 632-1929
*Attorneys for Plaintiffs*
*Rajabian and Dulceria La Bonita*
*Wholesale, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Zakia Jackline Rajabian, a married woman, and Dulceria La Bonita Wholesale, LLC, an Arizona Corporation,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>Mercedes-Benz USA, LLC, a New York limited liability company Phoenix Motor Company, d/b/a Mercedes-Benz of Scottsdale, an Arizona Corporation; Vern Foutz, a married man; Jane Doe Foutz, a married woman; Jeff Nowak, a married man; Jane Doe Nowak, a married woman; Gus Gonzales, a married man; Jane Doe Gonzales, a married woman; Lionheart Security International Consulting, LLC, an Arizona limited liability company; Gerald Scheibly, a married man; Jane Doe Scheibly, a married woman,<br><br>　　　　　　Defendants. | No. 2:23-cv-00168-MTL<br><br><br><br>**JOINT NOTICE RE SETTLEMENT CONFERENCE AND STATE COURT LITIGATION** |

Per the Court's Minute Entry dated December 19, 2023 [Doc 79], the parties hereby submit this notice to update the Court on any settlement efforts and the status of the state court litigation.

No new settlement discussions have been initiated or undertaken.

In Superior Court, on June 18, 2026, the Dulceria parties filed their Second Amended Counterclaim.  Plaintiff Phoenix Motor Company notified the Dulceria parties it would not oppose the filing but reserved the right to contest the counterclaims alleged. Defendants' Motion to Determine Damages from Wrongful Injunction is fully briefed, and Plaintiff's Cross-Motion to Release TRP Bond is fully briefed.  The Court set oral argument on both Defendants' Motion and Plaintiff's Cross Motion for July 7, 2026.

The stay on all claims in this Federal Court matter remains in effect pending the outcome of the state court litigation.

RESPECTFULLY SUBMITTED this 1st day of July, 2026.

| | |
|---|---|
| SCHERN RICHARDSON FINTER, PLC | THE COHEN LAW FIRM |
| By /s/ Rob Somers | By /s/  Larry J. Cohen (with permission) |
| Michael A. Schern | Larry J. Cohen |
| 1640 S. Stapley Dr., Ste. 132 | P.O. Box 10056 |
| Mesa, AZ 85204 | Phoenix, AZ 85064 |
| *Attorneys for Plaintiffs Zakia J. Rajabian and Dulceria La Bonita Wholesale* | *Attorneys for Defendants Phoenix Motor Company, Vern Foutz, Jeff Nowak, and Gus Gonzales* |

LEWIS BRISOIS BISGAARD & SMITH LLP

By /s/ Matthew D. Kleifield  (with permission)
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
*Attorneys for Defendant Mercedes-Benz USA, LLC*

GORDON REES SCULLY MANSUKHANI, LLP

By /s/ Jill Ormond (with permission)
Two North Central Avenue, Suite 2200
Phoenix, AZ 85004
*Attorneys for Lionheart Security International Consulting, LLC and Gerald Scheibly*

I hereby certify that on July 1, 2026 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

LEWIS BRISBOIS BISGAARD & SMITH LLP
Matthew D. Kleifield, Esq.
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Matthew.Kleifield@lewisbrisbois.com
*Attorneys for Defendant Mercedes-Benz USA, LLC*

Larry J. Cohen, Esq.
THE COHEN LAW FIRM
PO Box 10056
Phoenix, Arizona 85064
ljc@ljcohen.com
*Attorneys for Defendants Phoenix Motor Company, Inc.,*
*Vern Foutz, Jeff Nowak and Gus Gonzales*

Brendan Murphy, Esq.
HENDRICKS MURPHY, PLLC
1440 E. Missouri Avenue, Suite C-225
Phoenix, AZ 85014
Brendan@hendricksmurphy.com
*Attorneys for Phoenix Motor Company, Inc.,*
*Vern Foutz, Jeff Nowak and Gus Gonzales*

Jill Ormond
Anthony Odorisi
GORDON REES SCULLY MANSUKHANI, LLP
Two North Central Avenue, Suite 2200
Phoenix, AZ 85004
jormond@grsm.com
aodorisi@grsm.com
*Attorneys for Lionheart Security International*
*Consulting, LLC and Gerald Scheibly*


By: /s/  Mary Jane Beltran-Newsom